**Electronically Filed**
**Supreme Court**
**SCWC-17-0000656**
**15-JAN-2020**
**12:28 PM**

SCWC-17-0000656

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

STATE OF HAWAI'I,
Respondent/Plaintiff-Appellant,

vs.

RODNEY ROBERT RODRIGUES, JR.,
Petitioner/Defendant-Appellee.

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-17-0000656; CR. NO. 3CPC-17-0000334)

ORDER OF CORRECTION
(By: Pollack, J.)

IT IS HEREBY ORDERED that the Opinion of the Court, filed December 13, 2019, is corrected as follows:

In the caption on page 1 of the Opinion, (1) replace "Respondent/Plaintiff-Appellee" with "Respondent/Plaintiff-Appellant"; (2) replace "Petitioner/Defendant-Appellant" with "Petitioner/Defendant-Appellee"; and (3) replace "3CPC171000034" with "CR. NO. 3CPC-17-0000334".

The Clerk of the Court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, January 15, 2020.

/s/ Richard W. Pollack

Associate Justice

